# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150471

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

TARA LAVETTE SULLIVAN,
    Defendant-Appellant.

SC: 150471
COA: 315843
Wayne CC: 12-008623-FC

_____/

On order of the Court, the application for leave to appeal the October 28, 2014 judgment of the Court of Appeals is considered and, in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals, and we REMAND this case to the Wayne Circuit Court to determine whether the court would have imposed a materially different sentence under the sentencing procedure described in *People v Lockridge,* 498 Mich 358, 388-389 (2015). On remand, the trial court shall follow the procedure described in Part VI of our opinion. If the trial court determines that it would have imposed the same sentence absent the unconstitutional constraint on its discretion, it may reaffirm the original sentence. If, however, the trial court determines that it would not have imposed the same sentence absent the unconstitutional constraint on its discretion, it shall resentence the defendant. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2016



s0414p

Clerk